UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 2:21 CR 33-PPS/JEM |
| WILLIAM JOHNSON JR., | ) ) ) |
| Defendant. | ) |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant William Johnson Jr.'s agreement to enter a plea of guilty to Count 1 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  [DE 17, 20.]  Following a hearing on the record on May 13, 2021 [DE 20], Judge Martin found that defendant understands the charge, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty to Count 1 of the indictment charging him with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1); and that defendant's change of plea hearing could not be delayed without serious harm to the interests of justice.  Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence.  Neither party has filed a timely objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant William Johnson Jr.'s plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 20] in their entirety.

Defendant William Johnson Jr. is adjudged GUILTY of Count 1 of the indictment.

The sentencing hearing is SET for September 24, 2021 at 9:30 a.m. Hammond/Central time.

ENTERED: May 28, 2021.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT